# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANTHONY G. CORBO  
5168 ZENITH PARKWAY, APT. 4  
MACHESNEY PARK, IL  61115  

SSN-xxx-xx-4342

Case Number: 05-73976

Case filed on: 8/5/2005  
Plan Confirmed on: 12/2/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,557.20    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 045 | NATHANIEL J. DORFMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | INTERNAL REVENUE SERVICE | 5,000.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 5,000.00 | 0.00 | 0.00 | 0.00 |
| 999 | ANTHONY G. CORBO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CENTRIX FINANCIAL LLC | 8,025.00 | 8,025.00 | 2,012.40 | 1,211.95 |
|  | Total Secured | 8,025.00 | 8,025.00 | 2,012.40 | 1,211.95 |
| 001 | CENTRIX FINANCIAL LLC | 12,267.22 | 613.36 | 0.00 | 0.00 |
| 003 | ADVANCE'TIL FRIDAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 745.00 | 37.25 | 0.00 | 0.00 |
| 005 | ALLIANT ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICA ON LINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICASH LOANS LLC | 747.00 | 37.35 | 0.00 | 0.00 |
| 008 | AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CASH NET | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHECKS FOR CASH | 784.94 | 39.25 | 0.00 | 0.00 |
| 013 | COLLISEUM ATHLETIC CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DR. CARLSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FAST BUCKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FIRST FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FIRST PREIMER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HEIGHTS FINANCE | 3,575.16 | 178.76 | 0.00 | 0.00 |
| 019 | ILLINOIS STATE TOLL HIGHWAY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LYDIA MEYER, TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NATIONAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ORTHOPEDIC ASSOC OF NORTHERN ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | OSCO DRUGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | OSF HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PAPA JOHN'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RIVERSIDE DENTAL CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | RIVERSIDE DENTAL CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RMH PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD CARDIOLOGY ASSOCIATES | 584.00 | 29.20 | 0.00 | 0.00 |
| 030 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCKFORD E A S | 324.00 | 16.20 | 0.00 | 0.00 |
| 032 | ROCKFORD HEALTH PHYSICIANS | 383.00 | 19.15 | 0.00 | 0.00 |
| 033 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | TOYS R US | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | UNITED PARCEL SERVICE | 195.24 | 9.76 | 0.00 | 0.00 |
| 039 | US TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | AFNI/VERIZON | 250.03 | 12.50 | 0.00 | 0.00 |
| 041 | MUTUAL MANAGEMENT SERVICES | 237.43 | 11.87 | 0.00 | 0.00 |
| 043 | CREDITORS PROTECTION SERVICE, INC | 2,101.44 | 105.07 | 0.00 | 0.00 |
| 044 | ALLIED BUSINESS ACCOUNTS INC | 1,092.87 | 54.64 | 0.00 | 0.00 |
| 046 | ROCKFORD MERCANTILE AGENCY INC | 7,172.65 | 358.63 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 047 | CREDITORS PROTECTION SERVICE, INC | 423.00 | 21.15 | 0.00 | 0.00 |
| 048 | MUTUAL MANAGEMENT SERVICES | 315.00 | 15.75 | 0.00 | 0.00 |
| | Total Unsecured | 31,197.98 | 1,559.89 | 0.00 | 0.00 |
| | Grand Total: | 46,222.98 | 11,584.89 | 4,012.40 | 1,211.95 |

Total Paid Claimant:     $5,224.35
Trustee Allowance:       $332.85
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008            By  /s/Heather M. Fagan